UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OC HOUSTON, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JENNIFER DONAHUE, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>25-11543-BEM |

## ORDER

**MURPHY, J.**

On July 28, 2025, the Court ordered *pro se* plaintiff OH Houston, III to pay the $405 filing fee or file a renewed motion for leave to proceed *in forma pauperis* if he wished to proceed with this action. D. 4. The Court stated that failure to do so within 28 days would result in dismissal of this action without prejudice. The Clerk mailed a copy of the order to Houston at his address of record. D. 5, 6.

The time for complying with the Court's July 28, 2025 order has lapsed without any response from Houston. Accordingly, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

**So Ordered.**

Dated: September 2, 2025

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court